

# NUMBER 13-25-00275-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

EDUARDO MARQUEZ
AND LORENA MARQUEZ,                                        Appellants,

v.

ALONDRA SANCHEZ-PROA,                                        Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW NO. 2
## OF HIDALGO COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Chief Justice Tijerina and Justices West and Fonseca**
**Memorandum Opinion by Justice West**

This matter is before the Court on appellants' unopposed motion to dismiss appeal. The appellants no longer wish to pursue this appeal and requested that we dismiss the appeal in its entirety.

The Court, having considered appellants' unopposed motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1).

Therefore, appellants' unopposed motion to dismiss appeal is granted, and the appeal is hereby dismissed.

The costs are taxed against the appellants. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained.

JON WEST
Justice

Delivered and filed on the
21st day of August, 2025.

2